**Order entered August 27, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00310-CV

### MOLLY FREYER, ET AL., Appellants

### V.

### LYFT, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14517**

### ORDER

Before the Court is appellee's August 25, 2020 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 14, 2020**. We caution appellee that further extension requests will be disfavored.

/s/     ERIN A. NOWELL
         JUSTICE